**Order entered September 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00378-CV

### KELVIN PRUITT, Appellant

### V.

### EL LAGO APARTMENTS, Appellee

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-00583-2015**

## ORDER

On July 30, 2015, we ordered Court Reporter Denise Y. Condran to file within ten days of the date of this order, (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not requested the record. To date however, she has not complied with the order. Accordingly, we again **ORDER** her to file, no later than September 15, 2015, (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not requested the record. We expressly **CAUTION** Ms. Condran that failure to comply with this order may result in an order that she not sit as a court reporter until she complies.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE